# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1441
_____

| | | |
|---|---|---|
| Eddie David Cox, | * | |
| | * | |
| Appellant | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| United States of America, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |
| | * | |

_____

Submitted:  November 13, 2001
Filed:  November 26, 2001

_____

Before WOLLMAN, Chief Judge, BOWMAN, and STAHL,[1] Circuit Judges.

_____

PER CURIAM.

Eddie David Cox appeals the District Court's[2] decision denying his request, pursuant to Fed. R. Civ. P. 60(b), to correct or amplify a 1982 ruling granting the appellant's motion to vacate a conviction for drug trafficking.  Petitioner maintains

_____

[1] The Honorable Norman H. Stahl, United States Circuit Judge for the First Circuit, sitting by designation.

[2] The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

that the District Court abused its discretion by summarily denying his request that the court explain the basis for its 1982 ruling, without holding a hearing or appointing counsel. However, Appellant's eighteen year delay in filing this motion far exceeds the "reasonable time frame" established by Rule 60(b). Accordingly, we affirm the judgment of the District Court. <u>See</u> 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.